# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| **COMPOSITE RESOURCES, INC.,**<br><br>Plaintiff,<br><br>vs.<br><br>**COMBAT MEDICAL SYSTEMS, LLC and ALHAPOINTE,**<br><br>Defendants. | **Case No. 3:17-cv-00072-FDW-DSC** |
| **ALPHAPOINTE,**<br><br>Plaintiff,<br><br>vs.<br><br>**COMPOSITE RESOURCES, INC.,**<br><br>Defendant. | **Case No. 3:17-cv-00310-FDW-DSC** |

## ORDER GRANTING CONSOLIDATION OF CASES

**THIS MATTER** is before the Court upon Plaintiff and Co-Defendant Alphapointe's Response to this Court's Order to Show Cause, and the parties' Joint Motion to Consolidate the above-captioned cases pursuant to Rule 42 of the Federal Rules of Civil Procedure. <u>Alphapointe vs. Composite Resources, Inc.</u>, Case No. 3:17-cv-00310-FDW-DSC, Doc. No. 29; <u>Composite Resources, Inc. v. Combat Medical Systems, LLC, et al.</u>, Case No. 3:17-cv-00072-FDW-DSC, Doc. No. 33. For good cause shown, the Motion to Consolidate is GRANTED. IT IS THEREFORE ORDERED that these cases be consolidated. The Clerk is respectfully DIRECTED to consolidate Case No. 3:17-cv-310-FDW-DSC into the earlier-filed related Case No. 3:17-cv-

00072-FDW-DSC.  Case No. 3:17-cv-00072-FDW-DSC is designated as the lead docket number. All further proceedings will be docketed and filed in the designated lead case only.  The parties are advised that all documents filed subsequent to this Order should bear the caption and case number of the lead consolidated case.

    IT IS SO ORDERED.

        Signed: June 26, 2017

Frank D. Whitney
Chief United States District Judge