# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:17-CV-00072-FDW-DSC

| | |
|---|---|
| **COMPOSITE RESOURCES, INC.,** | ) |
| Plaintiff, | ) |
| | ) **ORDER** |
| v. | ) |
| **COMBAT MEDICAL SYSTEMS, LLC AND ALPHAPOINTE,** | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on the "Motion for Admission to Pro Hac Vice [for Sid Leach]" (document #91). For the reasons stated therein, the Motion is <u>granted</u>.

<u>All counsel are advised that local counsel must sign all documents submitted to the Court and as such are accountable for the substance of such submissions under Rule 11 of the Federal Rules of Civil Procedure.</u>

The Clerk is directed to send copies of this Order to counsel of record; <u>and to the Honorable Frank D. Whitney</u>.

**SO ORDERED**.

Signed: February 20, 2018

David S. Cayer
United States Magistrate Judge