# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:17-CV-00072-MOC-DSC

| | | |
|---|---|---|
| **COMPOSITE RESOURCES, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| **v.** | ) | |
| | ) | |
| **COMBAT MEDICAL SYSTEMS, LLC** | ) | |
| **AND ALPHAPOINTE,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**THIS MATTER** is before the Court on Defendant's "Motion to Compel" (document #104) and the parties' briefs and exhibits.

For the reasons stated in Defendant's briefs, Plaintiff's objections to Defendant's Interrogatory No. 1 are <u>overruled</u> and the Motion is <u>granted</u>. Within fifteen days of this Order, Plaintiff shall provide a complete supplemental response to Defendant's Interrogatory No. 1.

The Clerk is directed to send copies of this Order to counsel of record <u>and to the Honorable Max O. Cogburn, Jr.</u>

**SO ORDERED**.

Signed: July 18, 2018

_____

David S. Cayer
United States Magistrate Judge