# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:17-CV-00072-MOC-DSC

| | |
|---|---|
| **COMPOSITE RESOURCES, INC.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| **COMBAT MEDICAL SYSTEMS, LLC** ) | |
| **AND ALPHAPOINTE,** ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the "Motion[s] for Admission Pro Hac Vice and Affidavit[s] [for Anna M. Berman and Juliet A. Cox]" (document #131 and 132). For the reasons stated therein, the Motions are granted.

The Clerk is directed to send copies of this Order to counsel of record and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: October 30, 2018

David S. Cayer
United States Magistrate Judge