# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:17-CV-00072-MOC-DSC

| | |
|---|---|
| COMPOSITE RESOURCES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COMBAT MEDICAL SYSTEMS, LLC ) <br> AND ALPHAPOINTE, ) <br> ) <br> Defendants. ) | **ORDER** |

**THIS MATTER** is before the Court following a telephonic discovery conference conducted this date. The Court has carefully considered the parties' written submissions and counsel's arguments.

For the reasons stated during the conference, **IT IS HEREBY ORDERED** that:

1. Defendant Alphapointe's objections to Plaintiff deposing Reinhard Mabry, Brenda Mee and corporate designees pursuant to Rule 30(b)(6) are **OVERRULED**. Those witnesses shall appear for depositions on mutually agreeable dates. The parties shall bear their own expenses for these depositions.

2. The following deadlines are extended:

   Fact discovery: June 28, 2019.

   Expert discovery: August 20, 2019.

   Opening expert reports: July 5, 2019.

   Opposing expert reports: July 24, 2019.

Rebuttal expert reports: August 14, 2019.

Dispositive Motions: September 9, 2019.

Mediation: August 31, 2019.

Ready for trial date: first available trial date in 2020.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel, and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: May 28, 2019

David S. Cayer
United States Magistrate Judge