UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-cv-72-MOC-DSC

| | | |
|---|---|---|
| **COMPOSITE RESOURCES, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **COMBAT MEDICAL SYSTEMS, LLC and ALPHAPOINTE,** | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on its motion following a telephone conference held on March 26, 2020, with the parties.

**IT IS HEREBY ORDERED** that, given the current COVID-19 pandemic, the trial in this matter is continued until further notice. All pretrial deadlines in this matter are also continued until further notice. Both parties have consented to the continuance of the trial in this matter.

**IT IS SO ORDERED.**

Signed: March 26, 2020

Max O. Cogburn Jr.
United States District Judge