# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| COMPOSITE RESOURCES, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>COMBAT MEDICAL SYSTEMS, LLC and ALPHAPOINTE,<br><br>Defendants. | Civ. Action No. 3:17-CV-00072-MOC-DSC<br><br>**NOTICE OF REQUEST FOR PROTECTION FROM COURT APPEARANCES** |

Marcus A. Manos, co-counsel for the Plaintiff Composite Resources, Inc., hereby requests protection from Court appearances in the above-captioned case from June 10 through June 29, 2020. Counsel is scheduled to have lumbar spine surgery June 10. Assuming no complications and a normal recovery path according to his surgeon will be able to return to work June 29, 2020. Mr. Manos will be in a back brace and unable to stand for extended periods of time or drive from June 29 through July 24, 2020, and my request for accommodations from the Court for those limitations should any appearances be scheduled during that time.

He consulted with counsel for all other parties and they do not object.

Respectfully submitted,

s/ Marcus A. Manos
Marcus A. Manos, Fed No. 4828
NEXSEN PRUET, LLC
1230 Main Street, Suite 700 (29201)
Post Office Drawer 2426
Columbia, South Carolina 29202
(803) 771-8900
Mmanos@nexsenpruet.com

        s/ William Y. Klett, III
William Y. Klett, III, Fed No. 5610
BURR FORMAN McNAIR
1221 Main Street, Suite 1800
Columbia, South Carolina 29201
(803) 799-9800
wkeltt@burr.com

Attorneys for Plaintiff
Composite Resources, Inc.

June 4, 2020

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing **Notice of Request For Protection From Court Appearances** will be served on the following individuals by electronic filing on this 4th day of June, 2020.

Juliet A. Cox, *Pro Hac Vice* – Juliet.cox@kutakrock.com
Anna M. Berman, *Pro Hac Vice* – Anna.berman@kutakrock.com
KUTAK ROCK LLP
2300 Main Street, Suite 800
Kansas City Missouri 64108

Michael G. Adams - mikeadams@parkerpoe.com
Nicholas H. Lee – Nicholaslee@parkerpoe.com
PARKER POE ADAMS & BERNSTEIN LLP
Three Wells Fargo Center
401 South Tryon Street, Suite 3000
Charlotte, North Carolina 28202

s/ Marcus A. Manos
Marcus A. Manos, Fed No. 4828
NEXSEN PRUET, LLC
1230 Main Street, Suite 700 (29201)
Post Office Drawer 2426
Columbia, South Carolina 29202
(803) 771-8900
Mmanos@nexsenpruet.com
Attorneys for Plaintiff
Composite Resources, Inc.