# United States District Court
## Western District of North Carolina
### Charlotte Division

| | | |
|---|---|---|
| Composite Resources, Inc., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:17-cv-00072-MOC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Alphapointe | ) | |
| Combat Medical Systems, LLC, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 15, 2020 Order.

January 19, 2021

Frank G. Johns, Clerk
United States District Court